UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT T. SNIDER, JR.,           )<br>                                                    )<br>               Petitioner,          )<br>       v.                                      )    1:03-cv-799-DFH-TAB<br>                                                    )<br>ZETTIE COTTON, Superintendent, )<br>                                                    )<br>               Respondent.          ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date:   11/7/2006

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Robert T. Snider, Jr.
DOC #15748
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770